UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TANIA ROCIO CHOGLLO QUITO,<br><br>Petitioner,<br><br>v.<br><br>CRAIG SHEPLEY, et al.,<br><br>Respondents. | Civil No. 2:25-cv-00587-SDN |

## JUDGMENT

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on November 25, 2025, and the subsequent Status Report filed by Respondents on January 14, 2026,

The Petition for Writ of Habeas Corpus is granted.

ERIC M. STORMS
ACTING CLERK

Dated: January 16, 2026        By: /s/ Michelle Thibodeau
                                    Deputy Clerk